| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Elizabeth I. Osborne<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4198 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter: | 7   8/14/23 |
| Case number: | 23–80979 | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Elizabeth I. Osborne | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 821 Fox Ln.<br>Belvidere, IL 61008–8297 | |
| 4. | **Debtor's attorney**<br>Name and address | Henry Repay<br>Law Offices of Henry Repay<br>930 W. Locust Street<br>Belvidere, IL 61008–4226 | Contact phone 815 547–3369<br><br>Email: Henry@RepayLaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph D Olsen<br>Joseph D. Olsen, Chapter 7 Trustee<br>Attorney at Law<br>5702 Elaine Drive, Suite 204<br>Rockford, IL 61108–2458 | Contact phone 815–708–0234<br><br>Email: Jolsenlaw@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Western Division  327 South Church Street  Rockford, IL 61101 | Hours open:  8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.  Contact phone 1–866–222–8029  Date: 8/15/23 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 26, 2023 at 10:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  **Debtors must bring a picture ID and proof of their Social Security Number.** | Location:  **Appear by Video. See details at www., justice.gov/ust/file/ILN.pdf/download.** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/27/23** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                              page **2**

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 23-80979-TML |
| Elizabeth I. Osborne | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 15, 2023 | Form ID: 309A | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Elizabeth I. Osborne, 821 Fox Ln., Belvidere, IL 61008-8297 |
| tr | + | Joseph D Olsen, Joseph D. Olsen, Chapter 7 Trustee, Attorney at Law, 5702 Elaine Drive, Suite 204, Rockford, IL 61108-2475 |
| 30364346 | | Apex Debt Recovery Services, 10517 Cash Rd., Berlin, MD 21811-3124 |
| 30364347 | | Ascend Loans, 635 E. Hwy 20, U, Upper Lake, CA 95485 |
| 30364349 | + | Cascade Springs Credit, PO Box 430, Rosebud, SD 57570-0430 |
| 30364350 | + | CashAdvance, Inc., 50 W 47th St., Ste. 319, Brooklyn, NY 11232 |
| 30364354 | | CreditCube, 2726 Mission Rd., Finley, CA 95435 |
| 30364357 | + | Frontier Communications, P.O. Box 5157, Tampa, FL 33675-5157 |
| 30364360 | + | JTM Capital Mgt., 6400 Sheridan Dr., Buffalo, NY 14221-4842 |
| 30364362 | + | Liberty Mutual, PO Box 9099, Dover, NH 03821-9099 |
| 30364363 | + | Margaret Osborne, 707 Jamestowne, Belvidere, IL 61008-6453 |
| 30364364 | + | Mariner Finance, 617 Highgrove Place, Rockford, IL 61108-2506 |
| 30364365 | + | Mercy Health System, 1000 Mineral Point Ave, Janesville, WI 53548-2940 |
| 30364372 | + | Strategic Solution Services, PO Box 959, Wood Dale, IL 60191-0959 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: Henry@RepayLaw.com | Aug 15 2023 22:23:00 | Henry Repay, Law Offices of Henry Repay, 930 W. Locust Street, Belvidere, IL 61008-4226 |
| 30364344 | | Email/Text: bankruptcynotices@aarons.com | Aug 15 2023 22:24:00 | Aaron's Rental, 400 Galleria Pkwy., Ste. 300, Atlanta, GA 30339-3182 |
| 30364345 | + | Email/Text: bnc@teampurpose.com | Aug 15 2023 22:24:00 | AdvanceAmerica, 2900 Deerfield Dr., Ste. 118, Janesville, WI 53546-3558 |
| 30364348 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 15 2023 22:23:00 | Caine & Weiner, 12005 Ford Rd., Ste. 300, Dallas, TX 75234-7262 |
| 30364351 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 15 2023 22:24:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 30364352 | + | EDI: CCS.COM | Aug 16 2023 02:06:00 | Credit Collection Service, 725 Canton St., Norwood, MA 02062-2679 |
| 30364353 | | Email/Text: bdsupport@creditmanagementcompany.com | Aug 15 2023 22:24:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 30364355 | ^ | MEBN | Aug 15 2023 22:14:46 | CreditCube, PO Box 133, Finley, CA 95435-0133 |
| 30364356 | + | EDI: BLUESTEM | Aug 16 2023 02:06:00 | Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 30364358 | ^ | MEBN | Aug 15 2023 22:15:01 | Heavner, Beyers & Mihlar, PO Box 740, Decatur, |

Case 23-80979   Doc 8   Filed 08/17/23   Entered 08/17/23 23:13:47   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0752-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: 309A | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | IL 62525-0740 |
| 30364359 | | EDI: IRS.COM | Aug 16 2023 02:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 30364361 | | EDI: WFNNB.COM | Aug 16 2023 02:06:00 | Lane Bryant (Comenity), PO Box 182125, Attn: Bankruptcy Dept., Columbus, OH 43218-2125 |
| 30364365 | + | Email/Text: custserv@mhemail.org | Aug 15 2023 22:23:00 | Mercy Health System, 1000 Mineral Point Ave, Janesville, WI 53548-2940 |
| 30364366 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2023 22:24:00 | Midland Credit Management, 350 Camino De La Reina, Ste. 100, San Diego, CA 92108-3007 |
| 30364367 | | Email/Text: bankrup@aglresources.com | Aug 15 2023 22:23:00 | Nicor, PO Box 2020, Aurora, IL 60507-2020 |
| 30364369 | ^ | MEBN | Aug 15 2023 22:15:05 | Northwestern Medicine, PO Box 4090, Carol Stream, IL 60197-4090 |
| 30364370 | + | Email/Text: Contact@PersonifyFinancial.com | Aug 15 2023 22:24:00 | Personify Financial, PO Box 208417, Dallas, TX 75320-8417 |
| 30364371 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 15 2023 22:23:00 | Progressive Insurance, 6300 Wilson Mills Rd., Mayfield Village, OH 44143-2182 |
| 30364373 | + | EDI: TCISOLUTIONS.COM | Aug 16 2023 02:06:00 | The Bank of Missouri, 2700 S. Lorraine Pl., Sioux Falls, SD 57106-3657 |
| 30364375 | | EDI: CBS7AVE | Aug 16 2023 02:06:00 | The Swiss Colony, 1112 7th Ave., Monroe, WI 53566-1364 |
| 30364376 | | EDI: WFNNB.COM | Aug 16 2023 02:06:00 | Torrid (Comenity), PO Box 182125, Attn: Bankruptcy Dept., Columbus, OH 43218-2125 |
| 30364377 | + | EDI: BLUESTEM | Aug 16 2023 02:06:00 | WebBank, 13300 Pioneer Tr., Eden Prairie, MN 55347-4120 |
| 30364378 | + | Email/Text: bk@worldacceptance.com | Aug 15 2023 22:24:28 | World Finance, 104 S. Main St., Greenville, SC 29601-2711 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30364374 | | The Receivable Management Services, 240 Emery St., Ste. 7 |
| 30364368 | ##+ | Northwestern Medicine, 251 East Huron St., Chicago, IL 60611-3055 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2023     Signature:     /s/Gustava Winters

District/off: 0752-3 | User: admin | Page 3 of 3
Date Rcvd: Aug 15, 2023 | Form ID: 309A | Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Henry Repay | on behalf of Debtor 1 Elizabeth I. Osborne Henry@RepayLaw.com  Office@RepayLaw.com |
| Joseph D Olsen | Jolsenlaw@comcast.net  colleenlemek@comcast.net,il46@ecfcbis.com |
| Patrick S Layng | USTPRegion11.MD.ECF@usdoj.gov |

TOTAL: 3